IN RE APPLICATION 15738 OF THE FRENCHMAN VALLEY
IRRIGATION DISTRICT ET AL.
BASIN ELECTRIC POWER COOPERATIVE, APPELLANT, V.
FRENCHMAN VALLEY IRRIGATION DISTRICT ET AL., APPELLEES.
363 N.W.2d 506

Filed March 1, 1985.   No. 84-498.

Lyman L. Larsen and Thomas R. Litjen of Kennedy, Holland, DeLacy & Svoboda, and Claire M. Olson, for appellant.

Robert B. Crosby and Steven G. Seglin of Crosby, Guenzel, Davis, Kessner & Kuester, for appellees.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

The facts and law in this appeal are essentially identical with those in *Basin Elec. Power Co-op v. Little Blue N.R.D., ante* p. 372, 363 N.W.2d 500 (1985), decided by this court this day.

In view of our decision in that case, the decision of the director of the Department of Water Resources of the State of Nebraska denying appellant's motion to intervene in the instant case is affirmed.

AFFIRMED.